Molly M. White, Bar No. 171448
Cheryl L. Haas (pro hac vice)
Alex Madrid (pro hac vice)
Brittney M. Angelich, Bar No. 313011
MCGUIREWOODS LLP
1800 Century Park East 1800
Los Angeles, California 90067
Tel.: (310) 315-8200

Jeffrey K. Compton
MARKUN ZUSMAN & COMPTON LLP
16255 Ventura Blvd.
Suite 910
Encino, California 91436
Tel.: (310) 454-5900

Attorneys for Defendant
LPL FINANCIAL LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL LLC,<br><br>Defendant. | Case No. 24-CV-01333 JO MSB<br><br>Honorable Jinsook Ohta<br><br>**DECLARATION OF CHERYL HAAS IN SUPPORT OF DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE NEW WITNESS DECLARATIONS SUBMITTED ON REPLY OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |

I, Cheryl Haas, declare that:

1. I am an attorney duly admitted to practice before this Court and all courts of the state of Georgia. I am a partner with McGuireWoods LLP and one of the attorneys of record for Defendant LPL Financial LLC ("LPL") in the above-captioned action. The following information is true and of my personal knowledge unless otherwise noted. If called as a witness, I could and would testify competently and truthfully to the same. I am over 18 years old.

2. On Sunday, October 27, 2024, I emailed counsel for Ameriprise Financial Services, LLC ("Ameriprise") requesting their availability to meet and confer regarding LPL's intention to file this Motion to Strike the new witness declarations submitted by Ameriprise on Reply in support of its Motion for Preliminary Injunction, Dkt. 39-1, 39-2, 39-3 ("Motion to Strike"), as well as its intention to file an *ex parte* application for the Court to hear the Motion to Strike on shortened time. On Monday, October 28, 2024, I received a response to my email from Michael Taaffe's legal assistant advising Michael Taaffe was unable to meet and confer until the afternoon of Tuesday, October 29, 2024. I then left a voicemail for Brandon Taaffe explaining the urgent need to meet and confer on the requested relief due to the hearing on Ameriprise's preliminary injunction hearing on Thursday. As of the time of filing, I have not received a response to my voicemail. I also received an out of office message from local counsel for Ameriprise, Irean Swan, stating she was unavailable on October 28, 2024. Later in the afternoon on Monday, October 28, 2024, Michael Taaffe responded to my emails advising he disagreed with the urgent nature of LPL's need to confer and would not meet and confer until Tuesday afternoon. Counsel for LPL has made a good faith effort to confer with counsel for Ameriprise regarding this Motion. Ameriprise is presumed opposed to the relief sought.

3. A true and correct copy of Ameriprise's March 22, 2023 letter to LPL is attached hereto as **Exhibit A**.

DECLARATION OF CHERYL HAAS IN SUPPORT OF
DEFENDANT'S MOTION TO STRIKE NEW DECLARATIONS

4. A true and correct copy of Ross Palacios's declaration, dated August 15, 2024, which was submitted in the McCann arbitration is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing information is true and correct.

Executed on October 28, 2024, in Atlanta, Georgia.

*/s/ Cheryl Haas*
Cheryl Haas

# EXHIBIT A

**DORSEY**™
always ahead

EDWARD B. MAGARIAN
Partner
(612) 340-7873
magarian.edward@dorsey.com

March 22, 2023

**VIA ELECTRONIC MAIL**

Jeffrey K. Compton
Markun Zusman & Compton LLP
17383 Sunset Blvd., Suite A-380
Pacific Palisades, CA 90272

Re: Preservation of Records: LPL Financial

Dear Jeff:

Ameriprise Financial Services, LLC ("Ameriprise Financial") learned for the first time last month during Mr. Ward's testimony at the Ameriprise Financial v. Kodama and LPL final hearing in Honolulu that LPL's business practice has been to provide bulk upload spreadsheets to Ameriprise Financial recruits while they are still affiliated with Ameriprise Financial in order for them to harvest client and beneficiary data protected by Regulation S-P, HIPPA, as well as other state and federal laws and regulations. LPL's instructions, expectations and practice was to have these Ameriprise Financial recruits turn over all that client data to LPL for upload as soon as the recruits' licenses transfer to LPL. As noted in LPL's own documents, this is when the information "comes to life." My notes further indicate that Mr. Ward testified that in addition to Mr. Kodama, LPL has engaged in this practice with regard to 15-20 other Ameriprise Financial recruits who joined LPL. And, disturbingly, Mr. Ward noted at one point that he did not "care" what the Ameriprise Financial privacy policy stated.

Because this matter may result in litigation, I write this letter on behalf of Ameriprise Financial to formally demand that LPL preserve and safeguard any and all documents related to this practice, past, present and future, and specifically regarding the 15-20 other Ameriprise Financial recruits who Mr. Ward referenced. At a minimum, failure to preserve these documents will be considered as an intentional destruction of documents and spoliation of evidence.

I look forward to LPL's confirmation that any and all such records will be preserved and safeguarded.

Sincerely,

DORSEY & WHITNEY LLP

Edward B. Magarian
Partner

# EXHIBIT B

**BEFORE THE ARBITRATION BOARD OF THE
FINANCIAL INDUSTRY REGULATORY AUTHORITY**

| | |
|---|---|
| In the Matter of the Arbitration Between | : |
| AMERIPRISE FINANCIAL SERVICES, LLC, | : FINRA NO.: 24-00915 |
| Claimant, | : |
| -vs- | : |
| MITCHELL R. MCCANN, WESLEY MCCANN, and LPL FINANCIAL, LLC, | : |
| Respondents. | : |

**Declaration of Ross Palacios**

STATE OF FLORIDA
COUNTY OF MIAMI-DADE:

I, ROSS PALACIOS, declare the following under the penalties of perjury:

1. I am over 21 years of age and am fully competent to make the statements contained in this Declaration.

2. I am employed by the Claimant, Ameriprise Financial Services, LLC.

3. I signed the Uniform Submission Agreement to submit this matter to FINRA Arbitration because I have the authority to do so, not because I have any personal knowledge of the facts underlying this case.

4. I do not have any unique, personal, or first-hand knowledge about Wesley or Mitchell McCann or their actions in relation to this case, nor the events or facts related to or underlying this case.

31155106v1

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ross Palacios

Dated: August 15, 2024