# AMERIPRISE'S EXHIBIT 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC,<br><br>Defendant. | Case No. 3:24-cv-01333-JO-MSB<br><br>**[PROPOSED] STIPULATED INJUNCTIVE ORDER** |

THIS CAUSE comes before the Court upon Plaintiff Ameriprise Financial Services, LLC's ("Ameriprise") Motion for Preliminary Injunction against Defendant LPL Financial, LLC ("LPL"). The Court, having reviewed the record, fully considered the arguments (both written and oral) and evidence presented, and being otherwise fully apprised of the issues, and following the hearing held on Ameriprise's Motion for Preliminary Injunction on November 14, 2024, enters the following Stipulated Injunction Order, as agreed by the parties in this matter:

**IT IS HEREBY ORDERED** that:

1. LPL shall, as it relates to customers whose information LPL received from

former Ameriprise advisors via the Bulk Upload Tool who never transferred their business and/or accounts to LPL:

    a. Segregate such information;

    b. Return such information to Ameriprise with a forensic copy preserved to comply with the litigation hold currently in place; and

    c. Refrain from using or disclosing such information in future.

2. LPL shall certify, through an affidavit or declaration signed by an appropriate LPL representative and stating under penalty of perjury, that it has complied with its obligations as outlined in Paragraph 1 above. LPL shall provide this certification to Ameriprise's counsel of record within 90 days after the Court issues this Stipulated Injunction Order.

3. LPL shall be enjoined from using the information it received from former Ameriprise advisors via the Bulk Upload Tool, for customers who never transferred their business and/or accounts to LPL.

4. The Parties will mutually agree upon and equally share in the costs of hiring a third-party forensic examination company to perform the following:

    a. Collect and review the personal devices (including but not limited to physical computers, and mobile phones, email boxes, and/or cloud storage) of the 28 former Ameriprise advisors still affiliated with LPL who utilized the Bulk Upload Tool;

    b. Create forensic copies with metadata of the Bulk Upload Tools and relevant confidential customer data stored on those individuals' personal devices so that they can be returned to Ameriprise; and

    c. Permanently delete the Bulk Upload Tools, any of their contents, and any related relevant confidential customer data stored on such advisors' personal devices.

5. Within 30 days after the Court issues this Stipulated Injunction Order, LPL

shall provide to Ameriprise the thirty completed Bulk Upload Tools (with metadata intact) used by each of the relevant advisors identified by LPL in this case so that Ameriprise can determine whether it must make notification to customers and what information to include in the notification to customers.

6. The Court shall maintain jurisdiction over this Stipulated Injunction Order and its enforcement.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Jinsook Ohta
United States District Judge