# AMERIPRISE'S EXHIBIT 5

**Senior, Justin P.**

| | |
|---|---|
| **From:** | Haas, Cheryl L. <CHaas@mcguirewoods.com> |
| **Sent:** | Friday, November 29, 2024 3:52 PM |
| **To:** | Senior, Justin P.; Taaffe, Michael S.; Madrid, Alexander M.; Jeffrey Compton; Rick Smith; White, Molly M.; Angelich, Brittney M. |
| **Cc:** | Fanto, James E.; Irean Z. Swan; Daniel S. Agle; Gregory A. Garbacz |
| **Subject:** | RE: Ameriprise Financial Services, LLC vs. LPL Financial, LLC, 3:24-cv-01333-JO-MSB |

CAUTION: External Email

Hi Justin: We will go ahead and file when we have our report completed, and you can do the same. Have a good rest of your weekend, Cheryl

**Cheryl L. Haas**
Partner
McGuireWoods LLP
T:  +1 404 443 5726 | M: +1 404 909 5307
chaas@mcguirewoods.com

**From:** Senior, Justin P. <jsenior@shumaker.com>
**Sent:** Friday, November 29, 2024 12:14 PM
**To:** Haas, Cheryl L. <CHaas@mcguirewoods.com>; Taaffe, Michael S. <mtaaffe@shumaker.com>; Madrid, Alexander M. <AMadrid@mcguirewoods.com>; Jeffrey Compton <jcompton@mzclaw.com>; Rick Smith <rsmith@mzclaw.com>; White, Molly M. <MWhite@mcguirewoods.com>; Angelich, Brittney M. <bangelich@mcguirewoods.com>
**Cc:** Fanto, James E. <jfanto@shumaker.com>; Irean Z. Swan <iswan@klinedinstlaw.com>; Daniel S. Agle <dagle@klinedinstlaw.com>; Gregory A. Garbacz <Ggarbacz@klinedinstlaw.com>
**Subject:** RE: Ameriprise Financial Services, LLC vs. LPL Financial, LLC, 3:24-cv-01333-JO-MSB

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Cherly, our understanding was that we would jointly submit a single status report; that is certainly our reading of Judge Ohta's Minute Entry. That was also our understanding from your November 27 email. If you would like to send us your portion when you're done with it, we can incorporate ours and get it on file later this afternoon as a single report.
Let us know
Thank you
Justin


**Justin P. Senior**
Attorney at Law

1

**SHUMAKER**

240 South Pineapple Avenue, 9th Floor | Sarasota, Florida  34236
P.O. Box 49948 | Sarasota, Florida 34230-6948
Direct 941.364.2792 | Fax 941.366.3999
jsenior@shumaker.com | bio

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** Haas, Cheryl L. <CHaas@mcguirewoods.com>
**Sent:** Friday, November 29, 2024 11:45 AM
**To:** Senior, Justin P. <jsenior@shumaker.com>; Taaffe, Michael S. <mtaaffe@shumaker.com>; Madrid, Alexander M. <AMadrid@mcguirewoods.com>; Jeffrey Compton <jcompton@mzclaw.com>; Rick Smith <rsmith@mzclaw.com>; White, Molly M. <MWhite@mcguirewoods.com>; Angelich, Brittney M. <bangelich@mcguirewoods.com>
**Cc:** Fanto, James E. <jfanto@shumaker.com>; Irean Z. Swan <iswan@klinedinstlaw.com>; Daniel S. Agle <dagle@klinedinstlaw.com>; Gregory A. Garbacz <Ggarbacz@klinedinstlaw.com>
**Subject:** RE: Ameriprise Financial Services, LLC vs. LPL Financial, LLC, 3:24-cv-01333-JO-MSB

CAUTION: External Email

Hi Justin: Given that we are still drafting our report and an exchange at this point doesn't seem feasible, we will go ahead and file ours separately once it is completed. Thank you, Cheryl

**Cheryl L. Haas**
Partner
McGuireWoods LLP
T:  +1 404 443 5726 | M: +1 404 909 5307
chaas@mcguirewoods.com

**From:** Senior, Justin P. <jsenior@shumaker.com>
**Sent:** Friday, November 29, 2024 10:52 AM
**To:** Haas, Cheryl L. <CHaas@mcguirewoods.com>; Taaffe, Michael S. <mtaaffe@shumaker.com>; Madrid, Alexander M. <AMadrid@mcguirewoods.com>; Jeffrey Compton <jcompton@mzclaw.com>; Rick Smith <rsmith@mzclaw.com>; White, Molly M. <MWhite@mcguirewoods.com>; Angelich, Brittney M. <bangelich@mcguirewoods.com>
**Cc:** Fanto, James E. <jfanto@shumaker.com>; Irean Z. Swan <iswan@klinedinstlaw.com>; Daniel S. Agle <dagle@klinedinstlaw.com>; Gregory A. Garbacz <Ggarbacz@klinedinstlaw.com>
**Subject:** RE: Ameriprise Financial Services, LLC vs. LPL Financial, LLC, 3:24-cv-01333-JO-MSB

**\*\*EXTERNAL EMAIL; use caution with links and attachments\*\***

Hi Cheryl – happy holidays.
Can you please send me over the draft status report so I can insert our entry once we complete it today? Thank you

Justin

**Justin P. Senior**
Attorney at Law

SHUMAKER

240 South Pineapple Avenue, 9th Floor | Sarasota, Florida  34236
P.O. Box 49948 | Sarasota, Florida 34230-6948
Direct 941.364.2792 | Fax 941.366.3999

jsenior@shumaker.com | bio

---

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

---

**From:** Haas, Cheryl L. <CHaas@mcguirewoods.com>
**Sent:** Wednesday, November 27, 2024 4:00 PM
**To:** Taaffe, Michael S. <mtaaffe@shumaker.com>; Madrid, Alexander M. <AMadrid@mcguirewoods.com>; Jeffrey Compton <jcompton@mzclaw.com>; Rick Smith <rsmith@mzclaw.com>; White, Molly M. <MWhite@mcguirewoods.com>; Angelich, Brittney M. <bangelich@mcguirewoods.com>
**Cc:** Senior, Justin P. <jsenior@shumaker.com>; Fanto, James E. <jfanto@shumaker.com>; Irean Z. Swan <iswan@klinedinstlaw.com>; Daniel S. Agle <dagle@klinedinstlaw.com>; Gregory A. Garbacz <Ggarbacz@klinedinstlaw.com>
**Subject:** RE: Ameriprise Financial Services, LLC vs. LPL Financial, LLC, 3:24-cv-01333-JO-MSB

CAUTION: External Email

---

Michael: Thank you for your letter.  We agree we are at an impasse and will need to file a status report on Friday.  We are willing to file a join report and take the pen if you can submit your entry if you can provide it to us by noon on Friday.  We are concerned given the holiday that we will not have time to exchange reports in advance.  Let us know what you'd like to do, Cheryl

**Cheryl L. Haas**
Partner
McGuireWoods LLP
T:  +1 404 443 5726 | M: +1 404 909 5307
chaas@mcguirewoods.com

**From:** Hayes, Mary Beth <mhayes@shumaker.com> **On Behalf Of** Taaffe, Michael S.
**Sent:** Wednesday, November 27, 2024 1:58 PM
**To:** Madrid, Alexander M. <AMadrid@mcguirewoods.com>; Taaffe, Michael S. <mtaaffe@shumaker.com>; Haas, Cheryl L. <CHaas@mcguirewoods.com>; Jeffrey Compton <jcompton@mzclaw.com>; Rick Smith <rsmith@mzclaw.com>; White, Molly M. <MWhite@mcguirewoods.com>; Angelich, Brittney M. <bangelich@mcguirewoods.com>
**Cc:** Senior, Justin P. <jsenior@shumaker.com>; Fanto, James E. <jfanto@shumaker.com>; Irean Z. Swan <iswan@klinedinstlaw.com>; Daniel S. Agle <dagle@klinedinstlaw.com>; Gregory A. Garbacz <Ggarbacz@klinedinstlaw.com>
**Subject:** RE: Ameriprise Financial Services, LLC vs. LPL Financial, LLC, 3:24-cv-01333-JO-MSB