Molly M. White, State Bar No. 171448
MWhite@McGuireWoods.com
Cheryl L. Haas (pro hac vice)
Alex Madrid (pro hac vice)
Brittney M. Angelich, Bar No. 313011
MCGUIREWOODS LLP
1800 Century Park East, 9th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200

Jeffrey K. Compton Bar No. 142969
JCompton@MZClaw.com
MARKUN ZUSMAN & COMPTON LLP
16255 Ventura Blvd., Suite 910
Encino, California 91436
Telephone: (310) 454-5900

Attorneys for Defendant
LPL FINANCIAL LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL LLC,<br><br>Defendant. | Case No. 3:24-cv-01333-JO-MSB<br><br>Hon. Jinsook Ohta<br><br>**DEFENDANT LPL FINANCIAL LLC'S NOTICE OF APPEAL** |

1  NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. §§ 1291, 1292(a), and 9 U.S.C. § 16, Defendant LPL Financial LLC appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Dismissing Motion to Intervene & Motion to Enforce Compliance with Stipulated Order (Dkt. 92) signed on July 18, 2025, and entered on July 21, 2025.

DATED: July 21, 2025

MCGUIREWOODS LLP

By: */s/ Molly M. White*
Molly M. White

Attorneys for Defendant
LPL FINANCIAL LLC

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> LPL Financial LLC

Name(s) of counsel (if any):

> Alan Smith, Alexander M. Madrid, Cheryl L. Haas, Jeffery K. Compton, Molly M. White, Brittney M. Angelich, Hannah K. Caison, Jonathan Y. Ellis

Address: 1800 Century Park East, 8th Floor, Los Angeles, CA 90067

Telephone number(s): (415) 438-4388; (412) 667-7950; (404) 443-5726; (310) 454-5970; (310) 315-8200; (214) 932-6410; (704) 343-2160; (919) 755-6688

Email(s): rsmith@mzclaw.com; amadrid@mcguirewoods.com; chaas@mcguirewoods.com; jcompton@mzclaw.com; mwhite@mcguirewoods.com; bangelich@mcguirewoods.com; hcaison@mcguirewoods.com; jellis@mcguirewoods.com

Is counsel registered for Electronic Filing in the 9th Circuit?     ☑ Yes     ☐ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Ameriprise Financial Services, LLC

Name(s) of counsel (if any):

> Daniel S. Agle, Gregory A. Garbacz, Irean Zhang Swan, James E. Fanto, Justin Patrick Senior, Michael Stephen Taaffe, Travis G. Taaffe

Address: 501 West Broadway, Suite 600, San Diego, CA 92101

Telephone number(s): (619) 400-8000; (619) 238-8707; (213) 695-4402; (941) 364-2792; (941) 366-3999

Email(s): dagle@klinedinstlaw.com; ggaracz@klinedinstlaw.com; iswan@rosinglaw.com; jsenior@shumaker.com; mtaaffe@shumaker.com; ttaaffe@shumaker.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     1                                     *New 12/01/2018*