

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:              25-4575
Originating Case Number:    3:24-cv-01333-JO-MSB

Case Title:                 Ameriprise Financial Services, LLC v. Intervening Advisors, et al.

**Monday, July 28, 2025**
Intervening Advisors                           Mediation Questionnaire due

**Monday, August 4, 2025**
Intervening Advisors                           Appeal Transcript Order Due

**Wednesday, September 3, 2025**
Intervening Advisors                           Appeal Transcript Due

**Tuesday, October 14, 2025**
Intervening Advisors                           Appeal Opening Brief Due

**Friday, November 14, 2025**
Ameriprise Financial Services, LLC             Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**