Michael S. Taaffe, FL Bar No. 490318 (Admitted *Pro Hac Vice*)
Justin P. Senior, FL Bar No. 1004223 (Admitted *Pro Hac Vice*)
James E. Fanto, FL Bar No. 1004144 (Admitted *Pro Hac Vice*)
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue, Post Office Box 49948
Sarasota, Florida 34230-6948
(941) 364-2720; FAX: (941) 366-3999
Mtaaffe@shumaker.com
Jsenior@shumaker.com
Jfanto@shumaker.com

Daniel S. Agle, Bar No. 251090
dagle@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 1100
San Diego, California 92101
(619) 400-8000/FAX (619) 238-8707
dagle@klinedinstlaw.com

Attorneys for Plaintiff Ameriprise Financial Services, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LPL FINANCIAL, LLC,<br><br>Defendant. | Case No. 3:24-CV-01333-JO-MSB<br><br>**PLAINTIFF AMERIPRISE FINANCIAL SERVICES, LLC'S NOTICE OF WITHDRAWAL OF DOC. NO. 121 AND RE-FILING OF MEMORANDUM IN OPPOSITION TO THE INTERVENING ADVISORS' MOTION TO COMPEL ARBITRATION AND STAY CASE (DOC. 126)**<br><br>Date: April 9, 2026<br>Judge: Hon. Jinsook Ohta<br>Time: 9:30 a.m.<br>Place: Courtroom 4C |

Per the email received from the Court at 11:16 a.m. on March 5, 2026, by counsel for plaintiff Ameriprise Financial Services, LLC, counsel hereby withdraws Doc. No. 121, Ameriprise's memorandum in

opposition to the Intervening Advisors' motion to compel arbitration and for a stay, in light of its re-filing of that memorandum with the e-signature of its local counsel of record, Daniel S. Agle, as of 3:00 p.m. today (Doc. 126).

Dated:  March 5, 2026                    Respectfully submitted,

                                            Daniel S. Agle
                                            Daniel S. Agle
                                            Attorneys for Plaintiff Ameriprise Financial Services, LLC

30577476.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101