Molly M. White, Bar No. 171448
Cheryl L. Haas (pro hac vice)
Alexander M. Madrid (pro hac vice)
MCGUIREWOODS LLP
1800 Century Park East
Los Angeles, California 90067
Tel.: (310) 315-8200

Jeffrey K. Compton
MARKUN ZUSMAN & COMPTON LLP
16255 Ventura Blvd.
Suite 910
Encino, California 91436
Tel.: (310) 454-5900

Attorneys for Defendant
LPL FINANCIAL LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRISE FINANCIAL SERVICES, LLC,<br>Plaintiff,<br>v.<br>LPL FINANCIAL LLC,<br>Defendant. | Case No. 24-CV-01333-JO-MSB<br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff Ameriprise Financial Services, LLC and Defendant LPL Financial LLC, by and through their undersigned counsel, jointly move the Court to dismiss this action in its entirety, including all claims, counterclaims and third-party claims, with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 41(a)(2) (or Federal Rule of Civil Procedure 41(a)(1)(A)(ii)). A proposed order is submitted herewith.

DATED: November 17, 2026

By: */s/ Alexander M. Madrid*
Molly M. White Bar No. 171448
Cheryl L. Haas (pro hac vice)
Alexander Madrid (pro hac vice)
MCGUIREWOODS LLP

Jeffrey K. Compton Bar No. 142969
MARKUN ZUSMAN & COMPTON LLP

Attorneys for LPL FINANCIAL LLC

DATED: November 17, 2026

By: */s/ Michael S. Taaffe* (with consent)
Michael S. Taaffe (pro hac vice)
Justin P. Senior (pro hac vice)
James E. Fanto (pro hac vice)
SHUMAKER, LOOP & KENDRICK, LLP

Daniel S. Agle Bar No. 251090
Gregory A. Garbacz Bar No. 167007
KLINEDINST PC

Attorneys for Defendant AMERIPRISE FINANCIAL SERVICES, LLC

DATED: November 17, 2026

By: */s/ Gene F. Williams* (with consent)
Gene F. Williams Bar No. 211390
PADUANO & WEINTRAUB LLP

Attorney for Intervening Advisors CHRISTOPHER GINTHER, CRAIG LADAY, FREDRIC WEINER, JAMES COSTABILE, JOHN KRAMER, JOSEPH PEARCE, KIMBERLY ANDERSON, MICHAEL BONEVENTO, RICHARD OASTER, RICHARD SHAUGHNESSY, SANDY ROMEO, JR., T. ASHLEY STANDISH, AND VLADIMIR BOULATNIKOV.

**ATTESTATION**

In compliance with CASD ECF Policies and Procedures Section 2-f(4) regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

By: */s/ Alexander M. Madrid*
Alexander M. Madrid

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, a copy of the foregoing document entitled **JOINT MOTION TO DISMISS WITH PREJUDICE** was filed with the Clerk of the Court for the United States District Court, Southern District of California using the CM/ECF system, which served a copy of the same upon all counsel of record via the Court's electronic filing system.

*/s/ Alexander M. Madrid*
Alexander M. Madrid